UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-60747-CIV-ZLOCH/ROSENBAUM

DHL EXPRESS (USA), INC., an Ohio
corporation,

    Plaintiff,

v.

RAPID ENTERPRISES, INC. d/b/a EXPRESS
ONE, a Nevada corporation, and JOHN DOES
1-100,

    Defendants.
_____/

**PLAINTIFF DHL EXPRESS (USA), INC.'S STATEMENT OF
MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT ON ITS CONTRACT CLAIMS**

DHL Express (USA), Inc. ("DHL"), pursuant to Rule 56 and Local Rule 7.5 of the Federal Rules of Civil Procedure, hereby files its Statement of Material Facts in support of summary judgment in DHL's favor on its contract claims.

    1.    DHL is a global provider of air and ground pick-up and delivery services. (Answer and Counterclaim [D.E. 10], Counterclaim ¶¶ 6-7.)

    2.    In August 2006, Express One entered into a Reseller Agreement with DHL.  (*Id.* at ¶¶ 10, 12.)

    3.    The Reseller Agreement required Express One to pay DHL "for all services DHL renders to [Express One's] customers" and to "assume all credit risks associated with . . . nonpayment and payment risks associated with collect shipments consigned to DHL by [Express One's] customers."  (Reseller Agreement § 7(d).)  In the

event that any of its franchisees failed to pay DHL within 120 days for services rendered, Express One was liable for the full price of those services plus interest.  (*Id.* at § 16.)

4. On November 10, 2008, DHL informed Express One that it would end domestic delivery service on December 10, 2008, for most customers, and on January 30, 2009, for customers who had regularly used DHL's international delivery services. (Answer and Counterclaim [D.E. 10], Exhibit A thereto.)

5. Express One and its franchisees and customers continued to ship with DHL after DHL's November 10, 2008 announcement that it would cease domestic shipping.  (Exhibit A, Defendant and Counterclaimant's Responses to Plaintiff's Second Requests for Admission, Response to Request No. 1; Exhibit B, Defendant and Counterclaimant's Responses to Plaintiff's First Set of Interrogatories, Exhibit A thereto (showing shipments dated after November 10, 2008).)

6. Express One has admitted that the Reseller Agreement provides that "[i]nvoiced amounts will be remitted by [Express One] to DHL within thirty (30) days of invoice date."  (Exhibit C, Defendant and Counterclaimant's Responses to Plaintiff's First Requests for Admission, Response to Request No. 3.)

7. Express One has not paid DHL for a number of shipments.  Express One admitted that it received invoices from DHL amounting to more than $3,146,240 and that it has "not paid all invoices from DHL."   (Exh. B, Defendant and Counterclaimant's Responses to Plaintiff's First Set of Interrogatories, Response to Interrogatory No. 1 and Exhibit A thereto (showing unpaid shipments dated after November 10, 2008); Exhibit D, Defendant and Counterclaimant's Responses to Plaintiff's Third Set of Interrogatories, Response to Interrogatory No. 1; Exh. C, Defendant and Counterclaimant's Responses to

Plaintiff's First Request for Admission, Response to Request No. 1; Exh. A, Defendant and Counterclaimant's Responses to Plaintiff's Second Request for Admission, Response to Request No. 3.)

8.  Express One's expert, Scott Livingston, had adopted the amount of $2,077,855 in "uncollectable [*sic*] receivables" that Express One owes to DHL. Exhibit A to Mr. Livingston's report refers to this sum as "Amount Due DHL for Non-collectability of A/R." (Exhibit E, Report of Express One's Expert Scott Livingston, dated May 6, 2010, p. 2, and Exhibit A thereto (Bates labeled EO 11543)[1]; Exh. D, Defendant and Counterclaimant's Responses to Plaintiff's Third Set of Interrogatories, Response No. 1.) Express One has been invoiced for and owes at least that amount for shipping services rendered to it and its customers by DHL. (Declaration of Syndie Miller in Support of DHL's Motion for Summary Judgment on Its Contract Claims ¶ 2.)

Respectfully submitted,

Dated: May 17, 2010

**AKERMAN SENTERFITT**
Suite 2500
Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-mail: Robert.Chaskes@Akerman.com
E-mail: Ryan.Roman@Akerman.com

By: s/ Ryan Roman
Robert I. Chaskes
Florida Bar No. 0102271
Ryan Roman
Florida Bar. No. 0025509

---

[1] This document has previously been filed under seal with the Court at Docket Entry 43. If the Court so requests, DHL will re-file this document under seal with an accompanying motion.

**OF COUNSEL:**

Andrew S. Wong
Khai LeQuang
Nathan Novak
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile:  (213) 612-2499
E-mail: aswong@orrick.com
E-mail: klequang@orrick.com
E-mail: nnovak@orrick.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           s/Ryan Roman
                                                                            Ryan Roman

**SERVICE LIST**

| | |
|---|---|
| Robert I. Chaskes, Esquire<br>Ryan Roman, Esquire<br>**AKERMAN SENTERFITT**<br>SunTrust International Center<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131-1714<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>Email: Robert.Chaskes@Akerman.com<br>Email: Ryan.Roman@Akerman.com | Jeffrey R. Sonn, Esquire<br>**SONN & EREZ, P.A.**<br>Broward Financial Centre<br>500 East Broward Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 763-4700<br>Facsimile: (954) 763-1866<br>Email: jsonn@sonnerez.com |
| Andrew S. Wong, Esquire<br>Khai LeQuang, Esquire<br>Nathan Novak, Esquire<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, California 90017<br>Telephone: (213) 629-2020<br>Facsimile: (213) 612-2499<br>Email: aswong@orrick.com<br>Email: klequang@orrick.com<br>Email: nnovak@orrick.com<br><br>*Attorneys for Plaintiff DHL Express (USA), Inc.* | Blake D. Miller, Esquire<br>Craig H. Howe, Esquire<br>**MILLER GUYMON, P.C.**<br>165 Regent Street<br>Salt Lake City, Utah 84111<br>Phone: (801) 363-5600<br>Fax: (801) 363-5601<br>Email: miller@millerguymon.com<br>Email: howe@millerguymon.com<br><br>*Attorneys for Defendant Rapid Enterprises, Inc. d/b/a Express One (via electronic filing)* |